**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JEFFREY BROWN, | Civil No. 17-1348 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| GLOBAL CASHSPOT CORP., | |
| Defendant. | |

---

Steven E. Ness, **BUSINESS LAW CENTER, PLC,** 12800 Whitewater Drive, Suite 100, Minnetonka, MN 55343, for plaintiff.

Alex M. Hagstrom, **WINTHROP & WEINSTINE, PA,** 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

A Report and Recommendation was filed by Magistrate Judge David T. Schultz on July 14, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Transfer Venue [Docket No. 13] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 1, 2017
at Minneapolis, Minnesota

                                                               s/John R. Tunheim_____
                                                               JOHN R. TUNHEIM
                                                               Chief Judge
                                                               United States District Court